UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE GREGORIO PEREZ,

      Petitioner,

    v.                           Case No.:  2:26-cv-01784-SPC-KRH

WARDEN, FLORIDA SOFT SIDE
DETENTION CENTER *et al.*,

      Respondents,

_____/

## **OPINION AND ORDER**

Before the Court are Jose Gregorio Perez's Petition for Writ of Habeas Corpus (Doc. 1), the government's response (Doc. 4), and Gregorio Perez's reply (Doc. 11).  For the below reasons, the Court grants the petition.

Gregorio Perez is a native and citizen of Venezuela who was paroled into the United States on September 2, 2022.  He has a pending asylum claim and no criminal record.  On March 31, 2026, roving Border Patrol agents arrested Gregorio Perez because of his immigration status and issued a notice to appear.  Immigration and Customs Enforcement ("ICE") initially detained Gregorio Perez at Alligator Alcatraz, but it has since transferred him to Richwood Correctional Center in Monroe, Louisiana.

In light of the Eleventh Circuit's recent opinion in *Hernandez Alvarez v. Warden*, 175 F.4th 1258 (11th Cir. 2026), the government concedes Gregorio

Perez is entitled to a bond hearing.  The Court would normally order the respondents to bring Gregorio Perez before an immigration judge for a bond hearing, but that would be futile because Gregorio Perez is now detained in Louisiana.   In *Buenrostro-Mendez v. Bondi*, the Fifth Circuit held that noncitizens like Gregorio Perez are subject to mandatory immigration detention.  166 F.4th 494 (5th Cir. 2026).  Immigration judges in Louisiana operate under Fifth Circuit precedence, which states they do not have authority to release Gregorio Perez on bond.  Thus, by transferring Gregorio Perez to Louisiana, ICE has undermined his right to an individualized, merit-based bond hearing.  The objective of habeas law "may be in no way impaired or defeated by the removal of the prisoner from the territorial jurisdiction of the District Court."  *Ex parte Endo*, 323 U.S. 283, 307 (1944).  The only meaningful relief available for Gregorio Perez is release from custody.

Accordingly, it is hereby

**ORDERED**:

Jose Gregorio Perez's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

(1)     Within **24 hours** of this Opinion and Order, the respondents shall release Gregorio Perez from custody and facilitate his transportation from the detention facility by notifying his counsel when and where he may be collected.

(2)     The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close the case.

**DONE AND ORDERED** in Fort Myers, Florida on June 16, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record

3